## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN                    Tel: (212) 571-5500
JEREMY SCHNEIDER                       Fax: (212) 571-5507
ROBERT A. SOLOWAY
DAVID STERN
_____

RACHEL PERILLO

February 16, 2024

Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        United States v. Nikolay Levinson
        Ind. 23 Cr. 570 (ER)

Dear Judge Ramos:

    I am the attorney for Mr. Levinson in the above referenced matter. I write to apologize to Your Honor, the AUSA, and Mr. Levinson for my failure to appear in court today. I recently had knee replacement surgery and have had some trouble returning to work and keeping up with my calendar. I say that not as an excuse, since it is insufficient, but simply as an explanation for my failure to appear. I somehow lost track of Mr. Levinson's court date which will not happen again. I will see Mr. Levinson next week to discuss his case further and to apologize to him in person. Again, I am sorry and assure the court that this will not happen again.

                        Respectfully submitted,

                        /s/

                        David Stern