**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                         Tel: (212) 571-5500
Jeremy Schneider                                            Fax: (212) 571-5507
Robert A. Soloway
David Stern

Rachel Perillo

August 8, 2024

Hon. Edgardo Ramos
United States District Judge      **MEMO ENDORSED**
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  United States v. Nikolay Levinson
        23 Cr. 570 (ER)

Dear Judge Ramos:

    I represented Mr. Nikolay Levinson in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 2.5 hours, nunc pro tunc to June 6, 2024, assisting me with the sentencing memorandum.

    I apologize for not seeking pre-approval, before the case was finalized. I respectfully pray that the Court approve payment at an hourly rate of $125.00 for associate time in this matter.

    If your Honor needs any additional information, please do not hesitate to contact of my office. Thank you for your attention.

                                    Sincerely,

                                    *David Stern*

                                    David Stern

---

The application is granted.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 8/9/2024
New York, New York