TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
277 BROADWAY
SUITE 1701A
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

MEMO ENDORSED

FAX: (212) 962-1778

July 16, 2026

Modification request **GRANTED**.

Defendant's current conditions of release are modified from home incarceration to home detention enforced by GPS location monitoring.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
**7/16/26**

Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

BY ECF AND EMAIL/PDF

Re: *United States v. Nikolay Levinson*, 23 Cr. 570 (ER); 24-mj-3984
Letter Motion for Modification of Pretrial Release Condition

Dear Judge Reznik:

For the reasons detailed in the attached letter motion to the Honorable Edgardo Ramos, who has referred decision of this application to Your Honor, I write to the Court to request modification of the defendant's current conditions of release, from home incarceration to home detention enforced by GPS location monitoring. All other conditions to remain unchanged. The Government and Pretrial Services consent.

Thank you for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Jeffrey Coffman (By ECF and Email/PDF)
David Stern, Esq. (By ECF and Email/PDF)
Senior PTSO Afonso Fernandes, D.N.J. (By Email/PDF)
Supervisory PTSO Cynthia Labrovic Diaco, SDNY, White Plains (By Email/PDF)